HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN BORMAN,<br><br>     Plaintiff,<br><br>  v.<br><br>COREY POTTER, IN PERSONAM; THE F/V KNOT E Z, OFFICIAL NUMBER 270361 HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM;<br><br>     Defendants. | Case No. 2:22-cv-01376-RAJ<br><br>AT LAW AND AT ADMIRALTY<br><br>ORDER TRANSFERRING CASE TO DISTRICT COURT OF ALASKA |

Having reviewed the parties' Joint Motion to Transfer Venue, and the remainder of the record, the Court finds that transfer is appropriate. Accordingly, the Court hereby finds and ORDERS:

The Joint Motion to Transfer Venue is GRANTED, and this case is hereby TRANSFERRED to the District of Alaska for resolution. This case is now CLOSED.

DATED this 11th day of January, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TRANSFERRING CASE TO DISTRICT COURT OF ALASKA - 1
CASE NO. 2:22-cv-01376-RAJ

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012